## JAMES M. LITTELL, &c, *v.* MELIAH J. REDD, &c.

Deeds—Execution—Acceptance.

 Where a deed is duly and legally executed, the law presumes that the beneficiary therein will accept it.

### APPEAL FROM GRANT CIRCUIT COURT.

May 26, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

We are assured by the allegations in the petition, and the admis-sions in the answer of the existence of the material facts that a deed was executed by appellant to his daughter the appellee M. J. Redd for 110 acres of land in Grant county, and that it was acknowledged by him before the proper officer. But perplexed by the great uncertainty in which other material facts are shrouded by the conflict in the evidence and we may add by the unsatis-factory manner in which the witnesses depose, we do, not feel, authorized to reverse the judgment.

Where a deed is executed the law raises a presumption that the party benefited by it will accept it, on this case the appellee Mrs. Redd was the beneficiary in the deed, and the evidence is not sufficient to overcome that legal presumption.

Wherefore the judgment is *affirmed*.

*Drane, for appellant.*